# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIN DZUN ZHANG,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL MUKASEY, et al.,<br><br>    Respondents. | Case No. SACV 08-240-GAF (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the Petition as moot.

///
///
///
///

1          IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2   of this Order, the Magistrate Judge's Report and Recommendation, and the
3   Judgment herein on petitioner and counsel for respondent.
4   DATED: March 26, 2009

_____
GARY A. FEESS
United States District Judge