# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIN DZUN ZHANG,<br><br>        Petitioner,<br><br>  vs.<br><br>MICHAEL MUKASEY, et al.,<br><br>        Respondents. | Case No. SACV 08-240-GAF (JWJ)<br><br>JUDGMENT |

      Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice on the ground that it is moot.

DATED: March 26, 2009

_____
GARY A. FEESS
United States District Judge